# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:                                              :    NO. 303
                                                    :
DESIGNATION OF CHAIR OF THE                         :    APPELLATE COURT RULES
APPELLATE COURT PROCEDURAL                           :    DOCKET
RULES COMMITTEE                                     :


## ORDER


**PER CURIAM**

   **AND NOW**, this 14th day of April, 2023, Peter J. Gardner, Esquire, is hereby designated as Chair of the Appellate Court Procedural Rules Committee, commencing July 1, 2023.